23 So.2d 13

### William RILEY v. STATE.

### 5 Div. 405.

Supreme Court of Alabama.

July 26, 1945.

J. B. Atkinson, of Clanton, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of William Riley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Riley v. State, 23 So.2d 10.

Abated by death of petitioner, and petition dismissed.

All the Justices concur.